AO 455(Rev. 5/85) Waiver of Indictment

**FILED**

JUL – 3 2008

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                              DEPUTY

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA

v.

JOSE ARMANDO LOPEZ-ARREOLA

**WAIVER OF INDICTMENT**

CASE NUMBER: 08cr 2240 - BEN

I, JOSE ARMANDO LOPEZ-ARREOLA, the above named defendant, who is accused of committing the following offense:

Inducing and Encouraging Illegal Aliens to Enter and Aiding and Abetting, in violation of  Title 8, United States Code, Section 1324(a)(1)(A)(iv) and (v)(II) (Felony),

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on ____7/3/08____ prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

Jose Armando Lopez Arreola
Defendant

Counsel for Defendant

Before _____
JUDICIAL OFFICER